# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: ) | CASE NO: 99-22061-B-7 |
| ) | |
| Alfredo Cortez, Jr. d/b/a Roys Grocery ) | **ORDER FOR PAYMENT** |
| d/b/a Freddys Grocery ) | **OF UNCLAIMED FUNDS** |
| Debtor ) | |
| _____) | |

There having been a dividend check in the above named case issued to Wright Petroleum Co. in the amount of $1,296.23, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Wright Petroleum Co. c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $1,296.23 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: AUG 1 1 2006

_____
UNITED STATES BANKRUPTCY JUDGE

[Seal: FINANCIAL DEPUTY OFFICE OF THE CLERK, SOUTHERN DISTRICT OF TEXAS, U.S. DISTRICT COURT, 8-9-06]

147